1227962

RECEIVED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

OCT 12 2006

US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA
V.
DWAYNE SILVA

## WARRANT FOR ARREST

Case Number: 1:06-M-105M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DWAYNE SILVA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title 18 United States Code, Section(s) 1349

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

10-12-06 Providence, Rhode Island
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ; returned to ACI | | |
| DATE RECEIVED 10/12/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/16/2006 | | |